UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                             :

JOHN EMIL URBANCIK,                      :

                                         :

                    Plaintiff,        :

                                       :       19-CV-11735 (JMF) (JLC)

      -v-                   :

                                       :              <u>ORDER</u>

ANDREW SAUL, Commissioner of Social Security,  :

                                       :

                    Defendant.     :

                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated December 30, 2019, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 9. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **June 17, 2020**.

      SO ORDERED.

Dated: June 9, 2020
      New York, New York
                                              JESSE M. FURMAN
                                     United States District Judge