UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
JOHN EMIL URBANCIK,

                Plaintiff,                    19 **CIVIL** 11735 (JLC)

      -v-                                        **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 27, 2020, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand the Administrative Law Judge will (1) afford the plaintiff an opportunity for a new hearing and the opportunity to present witnesses and evidence as allowed by the regulations; (2) re-evaluate the evidence, including opinions of treating and examining sources including Drs. Garcia, Dovlatian, Wootan, Rivera, Weinstein, and Murphy; (3) develop evidence to complete the record, update the evidence, and take any further actions necessary to complete the administrative record; (4) re-evaluate whether or not plaintiff's impairments met or equaled the Listings of Impairments; (5) re-evaluate whether plaintiff's statements about his pain and dysfunction were consistent with the entire record the claimant's subjective complaints in accordance with 404.1529 and SSR 16-3p; (6) re-evaluate plaintiff's residual functional capacity; and (7) issue a new decision."

    **Dated:**  New York, New York
               July 28, 2020

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court
                                              By: _____
                                                           Deputy Clerk